MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00875 WHA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| JACQUELINE BESSER | |
| Defendant. | |

The parties are scheduled to appear on March 19, 2013. The parties request a continuance of two weeks to April 2, 2013. The parties are in plea discussions and several issues that require detailed review a economic documents have emerged. The parties anticipate that these issues will be clarified by April 2, 2013 and on that date the parties will have reached a plea agreement or ask the Court to set a trial date. The parties also ask that the time between March 19, 2013 and April 2, 2013 be excluded in calculating the time within which a trial must begin. Exclusion of time is appropriate because of the need for the parties to review documents. Failure to exclude time would deny the defendant reasonable time necessary for effective

Stip & ~~Proposed~~ Order Excluding Time
CR 12-00875 WHA

preparation, taking into account the exercise of due diligence. (18 U.S.C. § 3161(h)(B)(7)(iv)).

SO STIPULATED

Dated: March 18, 2013                    MELINDA HAAG
                                         United States Attorney


                                         _____S/_____
                                         JONATHAN SCHMIDT
                                         Assistant United States Attorney


Dated  March 18, 2013                    _____S/_____
                                         MARTHA A. BOERSCH
                                         Attorney for Defendant

## [Proposed] ORDER

GOOD CAUSE APPEARING, the status date set for March 19, 2013 is continued to April 2, 2013 and the time from March 19, 2013, to April 2, 2013 is excluded in calculating the time within which a trial must begin. (18 U.S.C. § 3161(h)(B)(7)(iv)).

**IT IS SO ORDERED**

DATED: March 19, 2013.                   _____
                                         WILLIAM H. ALSUP
                                         United States District Judge