MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JACQUELINE BESSER ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 12-00875 WHA <br><br> STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |

Currently this case is set for trial on June 13, 2013, and for pre-trial conference on May 22, 2013, a 2:00 P.M.. The parties have reached a plea agreement in this case. Accordingly, the parties request that the May 22, 2013 pre-trial conference be vacated and change of plea hearing be set for May 22, 2013, at 2:00 P.M..

//

//

//

//

//

Stip & P̶r̶o̶p̶o̶s̶e̶d̶ Order
CR 12-00875 WHA

SO STIPULATED

Dated: May 13, 2013
MELINDA HAAG
United States Attorney

  /S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated May 13, 2013
  /S/
MARTHA A. BOERSCH
Attorney for Defendant

## [Proposed] ORDER

GOOD CAUSE APPEARING, the pre-trial conference set for May 22, 2013 is vacated and a change of plea hearing is set for May 22, 2013 at 2:00 P.M...

**IT IS SO ORDERED**

DATED: May 14, 2013.

*Judge William Alsup*

Stip & Proposed Order
CR 12-00875 WHA        2